ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KATHERINE M. HIKIDA
Assistant United States Attorney
Cal. Bar No. 153268
    300 North Los Angeles Street
    Room 7516, Federal Building
    Los Angeles, California 90012
    Telephone: (213) 894-2285
    Facsimile: (213) 894-7819
    katherine.hikida@usdoj.gov

Attorneys for Federal Defendant
U.S. Department of Justice, DEA
and Real Party in Interest, United States of America

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LUIS GUTIERREZ CAMPOS, | NO. ED CV 10-1793-GW(MANx) |
| Plaintiff, | ORDER DISMISSING ACTION WITH PREJUDICE |
| v. | |
| U.S. DEPARTMENT OF JUSTICE, DEA, | |
| Defendant. | Honorable George H. Wu |

**ORDER DISMISSING PLAINTIFF'S COMPLAINT**

**AND ACTION WITH PREJUDICE**

Pursuant to the Stipulation for Compromise Settlement and Dismissal of Action with Prejudice between plaintiff and defendant, IT IS HEREBY ORDERED:

1. Plaintiff's Complaint and action in case No. ED CV 10-1793-GW(MANx) are dismissed with prejudice in their entirety;

2. Plaintiff and defendant shall each bear their own costs of suit.

DATED: December 13, 2010.

*George H. W[u]*

UNITED STATES DISTRICT JUDGE